UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF MICHIGAN
SOUTHERN DIVISION

AQIL TAHIR HASSAN ALKUFI,

    Plaintiff,

v.                                  Case No.  20-10817
                                  Honorable Victoria A. Roberts

REBECCA ADDUCCI, ET AL.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AND CLOSING CASE

On April 1, 2020, Petitioner filed the above captioned motion [ECF No. 2]. The Court **GRANTS** the motion and closes the case.

    **IT IS ORDERED**.

                                              s/ Victoria A. Roberts
                                             Victoria A. Roberts
                                             United States District Judge

Dated:  4/2/2020